```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

TELSE SHALIN MUNGIA #98619                                    PLAINTIFF

VS.                               CIVIL ACTION NO. 3:16CV54TSL-RHW

TYRONE LEWIS                                                 DEFENDANTS

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on December 8, 2016, recommending that the complaint be dismissed based on plaintiff's failure to comply with the court's order to appear for the <u>Spears</u>/omnibus hearing set for December 7, 2016. Plaintiff Telse Shalin Mungia has not filed objections and the time for doing so has since expired.  Having reviewed the report and recommendation, the court concludes that the motions are well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on December 8, 2016, be, and the same is hereby, adopted as the finding of this court.  Accordingly, it is ordered that plaintiff's complaint is dismissed without prejudice for failure to comply with the court's order.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 3rd day of January, 2017.


                                      <u>/s/ Tom S. Lee</u>
                                      UNITED STATES DISTRICT JUDGE